DocuSign Envelope ID: 120A2C35-BB28-420D-894B-F3CD70D9ECE3



UNITED STATES DISTRICT COURT
Western District of Texas
Midland/Odessa Division

| | | |
|---|---|---|
| John Overbey,<br>Plaintiff,<br><br>v.<br><br>Portable Mud Systems, Inc.<br>and Brandon Westenburg<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CA No: 7:20-cv-72-RCG |

**Final Consent Judgment**

John Overbey, Portable Mud Systems, Inc. and Brandon Westenburg (collectively, the "Parties"), without any agreement as to the facts made the basis of this suit and to avoid the burden of protracted litigation, agree to the jurisdiction of this Court over the Parties, and the subject matter of this action. Subject to the Court's approval of this Final Consent Judgment, the Parties waive a jury trial and a hearing and findings of fact and conclusions of law on all issues, and further agree to the entry of this Final Consent Judgment as final and binding between the Parties as to the issues raised in the Second Amended Complaint filed in this case pertaining to John Overbey, Portable Mud

DocuSign Envelope ID: 120A2C35-BB28-420D-894B-F3CD70D9ECE3

Systems, Inc. and Brandon Westenburg.

The Parties waive any right to appeal this Final Consent Judgment and waive any post-trial issues that could have been raised in post-trial motions by any party.

The Court enters judgment in favor of John Overbey against Portable Mud Systems, Inc. and Brandon Westenburg (each a "**Defendant**" and collectively "**Defendants**"), jointly and severally.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that John Overbey recover against Defendants, jointly and severally, and is hereby awarded (a) $19,599.78 in unpaid overtime compensation; (b) $19,599.78 in liquidated damages; (c) $20,800.44 in reasonable attorneys' fees and costs; and (d) post-judgment interest to be calculated in accordance with 28 U.S.C. §1961(a), running from the date of this Final Consent Judgment and compounded annually until paid. The Defendants are jointly and severally liable for the amounts awarded in this paragraph.

This Final Consent Judgment is not based, in whole or in part, upon on any agreement or finding that either named Defendant acted

willfully or maliciously in any respect with regard to the claims asserted or the claims that could have been asserted in this case, such claims being expressly denied by each Defendant.

The Court finds the terms of this Final Consent Judgment are reasonable and fair under the Fair Labor Standards Act.

The Court retains jurisdiction over the Parties to enforce any and all aspects of this Final Consent Judgment.

All motions pending on the date of the entry of this Final Consent Judgment are denied as moot.

**SO ORDERED.**

SIGNED this 21st day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

[Parties' signature page(s) to follow]

**Agreed and Consented To:**

| By: /s/ *Chris R. Miltenberger*<br>Chris R. Miltenberger<br><br>THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC<br>Texas State Bar No. 14171200<br>1360 N. White Chapel, Suite 200<br>Southlake, Texas 76092<br>T: 817-416-5060 \| F: 817-416-5062<br>chris@crmlawpractice.com<br><br>Counsel for Plaintiff John Overbey | By: /s/ *Lisa K. Hooper*<br>Lisa K. Hooper<br><br>LYNCH, CHAPPELL & ALSUP, P.C.<br>Texas State Bar No. 24047282<br>300 North Marienfeld, Suite 700<br>Midland, Texas 79701<br>(432) 683-3351<br>fax (432) 683-2587<br>lhooper@lcalawfirm.com<br><br>Counsel for Defendants Portable Mud Systems, Inc. and Brandon Westenburg |

**Agreed and Consented To:**

John Overbey
Date: 9/14/2021

Brandon Westenburg
Date: 9-16-2021

Portable Mud Systems, Inc.
By: Brandon Westenburg, President
Date: 9-16-2021