# UNITED STATES DISTRICT COURT
## Western District of Texas
## Midland/Odessa Division

| | |
|---|---|
| **John Overbey**, Plaintiff, | § § § § § § § § § § § |
| v. | |
| **Portable Mud Systems, Inc. and Brandon Westenburg** Defendants | |

CA No: 7:20-cv-72-RCG

## Satisfaction of Judgment

WHEREAS, a judgment was entered in the above action on the 21st day of September, 2021 in favor of **John Overbey** and against **Portable Mud Systems, Inc. and Brandon Westenburg** in the amount of $60,000 plus interest from the 21st day of September, 2021 and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:                                             Respectfully submitted,

By:   */s/ Chris R. Miltenberger*
Chris R. Miltenberger
Texas Bar Number: 14171200

**The Law Office of Chris R. Miltenberger, PLLC**
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

**Attorney for Plaintiff**

I, Chris Miltenberger, make the following declaration subject to the penalties for perjury:

1. My name is Chris Miltenberger. I am the attorney for the John Overbey in the above-numbered and styled lawsuit. I am fully competent to make this declaration, have personal knowledge of the following facts, and could testify to them if called upon to do so.

2. I have executed the above on behalf of John Overbey.

3. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2022.

/s/*Chris R. Miltenberger*
Chris Miltenberger

## Certificate of Service

The undersigned certifies that on April 11, 2022, the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By: */s/ Chris R. Miltenberger*
Chris R. Miltenberger